**LEEDS BROWN LAW, P.C.**
BRETT R. COHEN (SBN 337543)
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: 516.873.9550
Fax: 516-747-5024
Email: bcohen@leedsbrownlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY POTASE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br><br>INTEX RECREATION CORP., and any other related entities,<br><br>      Defendants. | Case No.: 2:25-cv-10133-AH-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)** |

   Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Audrey Potase, and her counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendant INTEX RECREATION CORP.

Dated: October 29, 2025

                  */s/ Brett R. Cohen*
                  **LEEDS BROWN LAW, P.C.**
                  Brett R. Cohen, Esq. (SBN 337543)
                  One Old Country Road, Suite 347
                  Carle Place, NY 11514
                  (516) 873-9550
                  bcohen@leedsbrownlaw.com
                  *Counsel for Plaintiff and the Putative Class*